UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE M. MATTOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORTEZ, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02359-JAD-MDC<br><br>**ORDER** |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated, and mail sent to him at High Desert State Prison is being returned as undeliverable, with a note that Plaintiff has been discharged. (ECF Nos. 8, 10.) This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* Additionally, now that Plaintiff is no longer incarcerated, he must file an application to proceed *in forma pauperis* ("IFP") for non-inmates or pay the full $405 filing fee.

It is therefore ordered that Plaintiff's IFP application for prisoners (ECF No. 1) is denied as moot.

It is further ordered that, on or before **January 9, 2026**, Plaintiff must update his address with the Court and either pay the full $405 civil filing fee or file an IFP application for non-inmates.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he is able to update his address and either pay the filing fee or file an appropriate IFP application.

The Clerk of the Court is directed to send Plaintiff this Court's approved form application to proceed *in forma pauperis* by a non-inmate with instructions.

DATED: December 10, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE